Matter of Bowers Dev., LLC v Oneida County Indus. Dev. Agency (2023 NY Slip Op 01457)

Matter of Bowers Dev., LLC v Oneida County Indus. Dev. Agency

2023 NY Slip Op 01457

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (764/22) OP 22-00744.

[*1]IN THE MATTER OF BOWERS DEVELOPMENT, LLC, AND PLUMBING & HEATING SUPPLY CO., PETITIONERS, 
v
ONEIDA COUNTY INDUSTRIAL DEVELOPMENT AGENCY AND CENTRAL UTICA BUILDING, LLC, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.